PAUL R. VAN ETTEN, Appellant, v. NEW YORK STATE NATURAL GAS CORP. et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

ROCK-OLA MANUFACTURING CORP., Respondent, v. ROSE M. MEIER et al., Appellants.— Motion granted and appeals dismissed, with costs, together with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD D. COLE, Appellant.— Motion granted and appeal dismissed.

In the Matter of WELCOME D. RICE, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Motion granted and appeal dismissed, without costs.

MARGARET BURG, as Executrix of FRANK W. BURG, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

JOSEPHINE KOWALSKI, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co., Respondent. JOHN KOWALSKI, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co., Respondent.— Motion granted and appeals dismissed, with costs.

JACOB P. MILLER, Appellant, v. LAWRENCE DOWNES et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

In the Matter of EDWARD D. SIEMER, Appellant, against VILLAGE BOARD OF THE VILLAGE OF ORCHARD PARK, et al., Respondents. [1953 Proceeding.] — Appeal dismissed for failure to comply with previous order, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD B. BROWN, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY, Relator, against WALTER B. MARTIN, as Warden of Attica State Prison, Defendant.— Motion to withdraw appeal granted.

MECHANIC'S LAUNDRY CO., INC., Respondent, v. JAMES CHRISTOPHER, JR., Appellant, et al., Defendant.— Motion granted directing plaintiff by plaintiff's counsel to accept a notice of appeal *nunc pro tunc* as of May 26, 1955, which was on that date duly served upon respondent's attorney. (See *Gradl* v. *Saulpaugh*, 268 App. Div. 787, and cases therein cited, and *Hendry* v. *Hilton*, 283 App. Div. 168, 172.)